# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

JUDGMENT RENDERED SEPTEMBER 4, 2019

NO. 03-19-00392-CV

**Jacqueline Harrington, Appellant**

**v.**

**The Unauthorized Practice of Law Committee, Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court on February 19, 2019. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.